THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>L. BRETT GLINES; LEANNE P. GLINES; STATE OF UTAH, TAX COMMISSION; UTAH COUNTY, UTAH; CITIGROUP MORTGAGE LOAN TRUST 2021-RP5; MIDLAND CREDIT MANAGEMENT, INC.; PORTFOLIO RECOVERY ASSOCIATES, LLC; et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:25-cv-00946-AMA-DBP<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Dustin B. Pead |

Before the court is Defendant Leanne Glines Motion for Leave to File Amended Answer.[1] Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend its pleading only with the opposing party's written consent or the court's leave. "The court should freely give leave when justice so requires."[2] Here the court grants Defendant's Motion.

A "district court has 'wide discretion to recognize a motion for leave to amend in the interest of a just, fair or early resolution of litigation.'"[3] "'Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment.'"[4]

---

[1] ECF No. 28.

[2] Fed. R. Civ. P. 15.

[3] *Bylin v. Billings*, 568 F.3d 1224, 1229 (10th Cir. 2009) (quoting *Calderon v. Kan. Dep't of Soc. & Rehab. Servs.*, 181 F.3d 1180, 1187 (10th Cir. 1999)).

[4] *Id*. (quoting *Frank v. U.S. West, Inc*., 3 F.3d 1357, 1365 (10th Cir. 1993)).

There has been no opposition filed to Defendant's Motion.[5] This case is early in its proceedings and there is no indication of undue delay or undue prejudice. The court therefore GRANTS Defendant's Motion.

Defendant's Motion for Leave to File Amended Answer is GRANTED.

DATED this 5 January 2026.

_____
Dustin B. Pead
United States Magistrate Judge

---

[5] *See* DUCivR 7-1(f) (2025) ("Except as provided in DUCivR 56-1(f), failure to respond timely to a motion may result in the court granting the motion without further notice.").